THE ANGLO-SOUTH AMERICAN BANK, LIMITED, Respondent, *v.* THE NATIONAL CITY BANK OF NEW YORK, Appellant.

*Anglo-South American Bank, Ltd.,* v. *Nat. City Bank of N. Y.,* 161 App. Div. 268, affirmed.

(Argued March 23, 1916; decided April 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1914, affirming a judgment in favor of plaintiff entered upon the report of a referee. This is an action at law wherein plaintiff, as depositor, has sued defendant, as banker, for breach of the ordinary contract

subsisting between a customer and a bank of deposit. Defendant is alleged to have breached this contract in the following respects: (1) In paying plaintiff's draft for $15,000 upon a fraudulent indorsement; (2) in charging plaintiff's account with the amount of this draft "so paid on said forged indorsement," and (3) in refusing to recredit said sum to plaintiff on demand and upon redelivery of said check to defendant. It is alleged by plaintiff and admitted by defendant that plaintiff "drew and issued" its check on defendant for $15,000 payable to the order of National Protective Association. It is set up as an affirmative defense that after the issuance of said check and before any indorsement was placed thereon said check was presented to defendant for certification by the person to whom plaintiff delivered it and was thereupon certified by defendant and the amount thereof debited to plaintiff's account with defendant.

*George W. Morgan* and *Edward A. Craighill, Jr.*, for appellant.

*Edwin T. Rice* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.